No. 1259. UNITED STATES *v.* THIRD NATIONAL BANK IN NASHVILLE ET AL. Appeal from D. C. M. D. Tenn. Probable jurisdiction noted. MR. JUSTICE FORTAS took no part in the consideration or decision of this case. *Solicitor General Marshall, Assistant Attorney General Turner* and *Richard A. Posner* for the United States. *Paul A. Porter, Dennis G. Lyons, E. William Henry* and *Frank M. Farris, Jr.,* for Third National Bank in Nashville et al., and *Robert Bloom, Joseph J. O'Malley* and *Charles H. McEnerney, Jr.,* for Camp, appellees.

No. 958. AVERY *v.* MIDLAND COUNTY ET AL. Sup. Ct. Tex. Certiorari granted. *Lyndon L. Olson* for petitioner. *Reagan H. Legg* for respondent Midland County, and *W. B. Browder* for respondents Brooks et al. Briefs of *amici curiae* were filed by *Solicitor General Marshall* for the United States, and by *Louis J. Lefkowitz,* Attorney General of New York, *pro se.*

No. 1334. UNITED STATES *v.* CORRELL ET UX. C. A. 6th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Rogovin, Jack S. Levin* and *Gilbert E. Andrews* for the United States. *Carl A. Swafford* for respondents.